IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TAYLOR JUDD,

       Plaintiff,   Civ. No. 1:15-cv-00137-AA

v.   **JUDGMENT**

GARY C. GUNDERSON; SHEILA R. GUNDERSON,

       Defendants.

_____

AIKEN, District Judge.

    For the reasons set forth in my accompanying Order, this case is DISMISSED with prejudice.

    IT IS SO ORDERED.

DATED this ___3RD___ day of ~~June,~~ August 2016.

_____
ANN AIKEN
United States District Judge

Page 1 – JUDGMENT